UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-93 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CYNTHIA R. PITCHFORD,<br>Defendant,<br>TONYA CRAIG,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on July 11, 2002, is hereby released.

Dated: July 18 2002

Franklin L Noel
Magistrate Judge
United States District Court

JUL 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK